IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0157** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **KWAME DWUMAAH** | : | |

## ORDER

AND NOW, this 20th day of February, 2007, upon consideration of defendant's emergency motion (Doc. 82), requesting that this court clarify its order of January 26, 2007 (see Doc. 79), and it appearing that 22 U.S.C. § 2255 is the appropriate avenue for the defendant's collateral attack on his conviction, see R. GOVERNING § 2255 CASES R. 1 (stating that court 28 U.S.C. § 2255 may be used by "a person in custody" who seeks a determination that his conviction is "subject to collateral review"), it is hereby ORDERED that defendant's emergency motion (Doc. 82) is CONSTRUED as a motion for reconsideration and is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge